DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KO GAMING, INC.,** a Nevada Corporation,
Appellant,

v.

**CHETU, INC.,** a Florida Corporation,
Appellee.

No. 4D20-618

[October 28, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 15-016693 CACE (08).

Kraig S. Weiss and Paul K. Silverberg of Silverberg & Weiss, P.A., Weston, for appellant.

Joey M. Lampert of Lampert Law Firm, Fort Lauderdale; and Morgan L. Weinstein of Twig, Trade & Tribunal, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, ARTAU, JJ., and HARPER, BRADLEY, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***